35794. CONTINENTAL CASUALTY COMPANY *et al. v.* EVANS.

QUILLIAN, J. This case is controlled by *United States Casualty Co.* v. *Watkins,* 211 *Ga.* 619 (1) (88 S. E. 2d 20).

> *Judgment reversed. Felton, C. J., and Nichols, J., concur.*
>
> DECIDED SEPTEMBER 13, 1955.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, Geo. B. Haley, Jr.,* for plaintiffs in error.

*Maddox & Maddox,* contra.

35446. AMERICAN CYANAMID COMPANY *v.* SAWAN, INC.

FELTON, C. J. The Supreme Court having reversed the judgment of this court (*Sawan, Inc.* v. *American Cyanamid Co.,* 211 *Ga.* 764, 88 S. E. 2d 152), the judgment of reversal originally rendered by this court is hereby vacated, and the judgment of the trial court is affirmed in conformance to the rulings and judgment of the Supreme Court.

> *Judgment affirmed. Quillian and Nichols, JJ., concur.*
>
> DECIDED SEPTEMBER 15, 1955.

*James M. Embry, Dunaway & Embry,* for plaintiff in error.

*Wm. F. Buchanan, Newell Edenfield,* contra.